AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| James DUNN Jr. and Joshua Clay WILFONG | ) Case No. 3:22-mj-00181 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2022__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | Defendant James DUNN Jr. and Joshua Clay WILFONG did (1) knowingly and intentionally conspire with each other and others known and unknown to manufacture, distribute, and possess with the intent to distribute a controlled substance, to-wit: 400 grams or more of a mixture and substance containing fentanyl; and, did (2) knowingly and intentionally possess with the intent to distribute a controlled a controlled substance, to-wit: 400 grams or more of a mixture and substance containing fentanyl. |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigatiuons (HSI) Special Agent Alex Nguyen.

☑ Continued on the attached sheet.

/s/ By phone pursuant to Fed R. Crim. P. 4.1
*Complainant's signature*

Alex Nguyen, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __8:57__ a.m./p.m.

Date: __10/13/2022__

*Jolie A. Russo*
*Judge's signature*

City and state: __Portland, Oregon__    Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*